1

2

3

4

5

6

7

8

9

10

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  SATISH TOMAR                              )   CASE NO.  CV 14-4641
                                             )
12              Plaintiff,                    )   ORDER SUMMARILY REMANDING
                                             )   IMPROPERLY-REMOVED ACTION
13       vs.                                  )
                                             )
14  ANDREA NEDWICK, ET AL,                    )
                                             )
15              Defendants.                   )
    _____    )

16

17       The Court will remand this unlawful detainer action to state court summarily

18  because Defendant removed it improperly.

19            On June 17, 2014, Defendant Andrea Nedwick, having been sued in what

20  appears to be a routine unlawful detainer action in California state court, lodged a Notice

21  Of Removal of that action to this Court and also presented an application to proceed

22  *in forma pauperis.*  The Court has denied the latter application under separate cover

23  because the action was not properly removed.  To prevent the action from remaining in

24  jurisdictional limbo, the Court issues this Order to remand the action to state court.

25            Simply stated, Plaintiff could not have brought this action in federal court in

26  the first place, in that Defendants do not competently allege facts supplying either diversity

27  or federal-question jurisdiction, and therefore removal is improper.  28 U.S.C. § 1441(a);

28  *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162

1   L.Ed.2d 502 (2005).  Even if complete diversity of citizenship exists, the amount in
2   controversy does not exceed the diversity-jurisdiction threshold of $75,000. *See* 28 U.S.C.
3   §§ 1332, 1441(b). On the contrary, the unlawful detainer complaint recites that the amount
4   in controversy does not exceed $10,000.

5           Nor does Plaintiff's unlawful detainer action raise any federal legal question.
6   *See* 28 U.S.C. §§ 1331, 1441(b).

7           Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
8   Superior Court of California, Los Angeles County, 1725 Main Street, Santa Monica CA
9   90401, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the
10  Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve
11  copies of this Order on the parties.

12          IT IS SO ORDERED.
13          DATED: 6/22/14

16          _____
17          GEORGE H. KING
            CHIEF UNITED STATES DISTRICT JUDGE